AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)<br>)   Case No.  2:26-MJ-56<br>)<br>) |
| Arturo Montes | )<br>) |
| *Defendant(s)* | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 23 2026

CLERK, U.S. DISTRICT COURT

By_____
          Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 20, 2026 _____ in the county of _____ Carson _____ in the _____ Northern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi) | Possession with Intent to Distribute of Fentanyl |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Hundley, DEA SA
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 3/23/26

_____
*Judge's signature*

City and state:      Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

No. 2:26-MJ-56

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Matthew E. Hundley, being duly sworn, depose and state:

1.      I am a Special Agent (SA) with the Drug Enforcement Administration (DEA).

2.      I am assigned to the DEA's Amarillo Resident Office (ARO). I have been so employed for twenty-seven years with the DEA.  In connection with my duties and responsibilities as a Special Agent, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants.  I have conducted and participated in numerous investigations involving the seizure of illicit narcotics in violation of Title 21, United States Code, Section 841(a)(1).

3.      This affidavit is made in support of a complaint and arrest warrant for Arturo MONTES.  I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4.      On March 20, 2026, Texas Department of Public Safety (DPS) Trooper Allie Moroles was working traffic enforcement along Interstate 40 in Carson County, Texas. At approximately 6:44 p.m., Trooper Moroles stopped a 2025 gray Nissan Altima with California registration 9SCX782 after observing the vehicle failing to stop at designated point at stop sign, eastbound I-40 frontage road and Texas Highway 207, which is a violation of the Texas Transportation Code.  Trooper Moroles identified the driver and lone occupant of the vehicle as Arturo MONTES, California driver's license Y8923139. During a roadside interview with MONTES, Trooper Moroles observed some criminal indicators leading Trooper Moroles to believe criminal activity was occurring outside the traffic violation.

5.      Trooper Moroles asked MONTES for consent to search the vehicle.  MONTES consented to a search of the vehicle.  During a search of the vehicle, Trooper Moroles located three (3) gray duct tape brick shaped packages containing a compressed white powder concealed under the front windshield cowl, a plastic panel located between the hood and front windshield on the vehicle.  The top of the three (3) brick shaped packages was painted black to match the color of the front windshield cowl.  Troopers also located one (1) gray duct tape brick shaped package containing a compressed white powder

under the front passenger seat. Troopers recognized the four packages as contraband. A presumptive test was conducted on the contraband which field tested positive for the presence of fentanyl. The fentanyl weighed approximately 4.5 kilograms or 9.92 pounds. This amount of fentanyl is consistent with distribution as opposed to personal use.

6.      DEA Special Agent (SA) Matthew Hundley, DEA Task Force Officer (TFO) Timothy Tullos and Texas DPS CID SA Chris Ecker responded to the scene to assist in the investigation. MONTES was interviewed after being read his *Miranda* warnings. MONTES stated he knew there were four (4) bricks in the vehicle and believed he was transporting cocaine. MONTES further stated he was instructed to deliver the bricks to New York. MONTES made additional incriminating statements.

Matthew E. Hundley
DEA Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

3/23/26                          at    Amarillo, Tx
Date                                    City and State

Lee Ann Reno, U.S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

Anna Marie Bell
Assistant United States Attorney